S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
**CHARLES F. GORDER, JR.**, OSB #91287
Assistant United States Attorneys
ethan.knight@usdoj.gov
charles.gorder@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:12-CR-00659-MO |
| **v.** | **GOVERNMENT'S MOTION FOR ORDER TO FILE ITS RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF THIRD PARTIES' ACTS UNDER SEAL** |
| **REAZ QADIR KHAN,** | |
| **Defendant.** | |

The United States of America, by S. Amanda Marshall, United States Attorney for the

District of Oregon, and through Ethan D. Knight and Charles F. Gorder, Jr., Assistant United

States Attorneys, hereby moves this Court for an order allowing the government to file its

Response to Defendant's Motion *In Limine* to Exclude Evidence of Third Parties' Acts under

seal. This motion is made because the response contains information from an Opinion and Order

previously sealed by the Court.  Defendant, through his counsel, Amy Baggio, does not oppose this motion.

Dated this 14th day of October 2014.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney


 s/ Ethan D. Knight
ETHAN D. KNIGHT, OSB #99298
CHARLES F. GORDER, JR., OSB #91287
Assistant United States Attorneys
(503) 727-1000